Frank O. Lowden et al., Trustees of Estate of the Chicago, Rock Island and Pacific Railway Company, Appellees, v. E. L. Mead et al., Appellees. First National Bank of Geneseo, Illinois and Liberty Trust and Savings Bank of Durant, Iowa, Appellants.

Gen. No. 9,465.

Heard in this court at October term, 1939; opinion filed December 15, 1939; rehearing denied February 6, 1940. John H. Armstrong, W. G. Peacock and Joseph J. Shaw, for appellants; Daniel Taylor, H. B. Smith and William Hynds, for appellees. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''